## MOBILE & O. R. CO. *v.* CURRIE.

### [73 South. 868, Division A.]

CARRIERS OF PASSENGERS. *Action for damages. Excessive verdict.*

Under the facts in this case, in an action for personal injuries caused by the failure of the railroad company to stop a passenger train and let plaintiff get off at her place of destination, the court *held* that a verdict for three hundred and seventy-five dollars was grossly excessive.

APPEAL from the circuit court of Lauderdale county. HON. W. W. VENABLE, Judge.

Suit by Mrs. D. O. Currie against the Mobile & Ohio Railway Company. From a judgment for plaintiff, defendant appeals.

This is an appeal from a judgment in favor of the appellee for damages claimed by her due to the failure of the appellant to stop one of its passenger trains and put her off at a station on its line to which she had purchased a ticket.

*Baskin & Wilbourn*, for appellant.

*Fewell & Cameron*, for appellee.

Holden, J., delivered the opinion of the court.

After a careful examination of the record in this case, we find no reversible error, except that the amount of three hundred and seventy-five dollars assessed as damages is grossly excessive, and, unless the appellee enters a *remittitur* reducing the amount to one hundred dollars, the judgment of the lower court will be reversed for a new trial as to the amount of damages only; but, if said *remittitur* is entered here, the judgment of the lower court will be affirmed.

*Affirmed conditionally.*